UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID RYAN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action: |
| | ) | No. 09-10653-JGD |
| v. | ) | |
| | ) | |
| SEARS, ROEBUCK and CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT AGAINST
<u>MUELLER ELECTRIC COMPANY WHICH IS IN RECEIVERSHIP IN OHIO</u>**

NOW COME the plaintiffs in the above-entitled action and, in accordance with
the provisions of *Local Rule 7.1(b)(2)*, hereby oppose Defendants' Motion for Leave to
File Third-Party Complaint against Mueller Electric Company (hereinafter "Mueller") for
the reason that the proposed third-party defendant is in receivership in an Ohio state court
and its being brought into this case now will cause undue, unnecessary delay and thereby
prejudice the plaintiffs in the prosecution of this action.  (See Order Appointing Receiver
attached hereto as Exhibit A).  The Receiver's attorney, Michael S. Tucker, has taken the
position that the Order requires the Receiver's consent for any action against Mueller and
has stated that he "will not give such consent."  (See March 5, 2010 email of Attorney
Tucker, attached hereto as Exhibit B).

## REQUEST FOR ORAL ARGUMENT

The plaintiffs hereby request the opportunity to present oral argument in support of the within Opposition.

Supporting Memorandum of Reasons is filed herewith.

Respectfully submitted,

Plaintiffs,
By their attorney,


/s/ John F. Finnerty, Jr.
John F. Finnerty, Jr.
BBO # 166540
Finnerty Law Offices
56 Bayberry Way
Osterville, MA 02655
(508) 428-1234
jff@finertylawoffices.com

Dated: March 21, 2010


## CERTIFICATE OF SERVICE

Service of the within document is being made by the Court upon counsel for the defendants by automatically generating and sending a Notice of Electronic Filing by e-mail to ECF users of record in this case.

/s/ John F. Finnerty, Jr.
John F. Finnerty, Jr.