EXHIBIT B

**From:** "Tucker, Michael" <mtucker@ulmer.com>
**Date:** March 5, 2010 3:48:49 PM EST
**To:** "John Finnerty" <jffjr@comcast.net>
**Cc:** <jbonvisutto@bizimprove.com>, <barry.mintzer@wellsfargo.com>, "Fisher, Christopher" <cfisher@ulmer.com>

**Subject: RE: Insurance Coverage for Mueller Electric**

Dear Jack:

As a follow up to my recent conversation with you, I represent Jim Bonvissuto in his capacity as the Court appointed receiver of Mueller Electric Company. I had previously forwarded to you a copy of the Receiver Order. The Receiver Order in paragraph 24 prohibits any creditor from taking any action against Mueller Electric Company ("Mueller") without prior written consent from the Receiver. The Receiver has not given consent to any third party to bring suit against Mueller and will not give such consent to your client or other parties to your lawsuit.

In my prior conversation with you, I indicated that the Receiver would investigate whether there was products liability insurance in effect in 2006. After making inquiry to Mueller's insurance agent, it appears that there may have been coverage in effect during that time. For additional information regarding insurance coverage, you may call Mueller's insurance agent, Barry Mintzer at 216.902.5135. I am copying him with this e-mail so that he will be aware that you may be calling him.

Please direct all future correspondence directly to my attention.

Sincerely,

Michael S. Tucker
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Direct Phone: (216) 583-7120
Direct Fax: (216) 583-7121
e-mail:  mtucker@ulmer.com

ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by

lawyer-client privilege. If you are not the intended recipient or the
person responsible for delivering the e-mail to the intended recipient,
be advised that you have received this e-mail in error and that any use,
dissemination, forwarding, printing, or copying of this e-mail and any
file attachments is strictly prohibited. If you have received this
e-mail in error, please immediately notify us by telephone at
216-583-7900 or by reply e-mail to the sender. You must destroy the
original transmission and its contents. You will be reimbursed for
reasonable costs incurred in notifying us.


-----Original Message-----
From: John Finnerty [mailto:jffjr@comcast.net]
Sent: Friday, March 05, 2010 1:40 PM
To: jbonvisutto@bizimprove.com
Cc: Tucker, Michael; Alexandra B. Harvey; Brooks Glahn
Subject: Insurance Coverage for Mueller Electric

John,

As you know, Atty. Michael Tucker provided  me with a copy of the Order
Appointing Receiver yesterday and has advised me that you will be
providing me with insurance coverage information.  As you are aware, the
incident date is November 13, 2006. I assume that in the normal course
Acme would have had a substantial primary policy covering this products
liability accident as well as an excess limits policy. It would appear
that Mueller's insurance would have ready access to this information,
and I shall be pleased to communicate with the agent directly if that
would expedite things.

Thank you.

Jack Finnerty

508.428.1234
jff@finnertylawoffices.com

John F. Finnerty, Jr.
FINNERTY LAW OFFICES
901 Main Street
Osterville, MA 02655