EXHIBIT E

**Proposed Protocol for the Examination and Inspection of the Incident Battery Charger**
**P65745 Ryan v. Sears**
Test Date: March XX, 2010

Battery Charger Inspection Protocol

This protocol describes the inspection of the subject battery charger. All stages of the protocol outlined below can be photodocumented by investigators using their own equipment. Testing may be video-documented without sound. If performed, video of the inspection will be made available to all interested parties (at cost to the party). Prior to disassembly, disconnection or cutting of any components, index marks will be made on components so that their original orientation is determined.

Testing will be conducted according to this protocol. In the event any additions or modifications to the protocol are required during the testing, the proposed modifications will be discussed and mutually agreed upon by all parties present before continuation of the testing.

1. The charger will first be photodocumented.
2. The clips and contact surfaces will be examined with a stereomicroscope or using a loupe.
3. A boroscope will be inserted into the negative clip to examine the condition of the spring.
4. The contact surfaces of the clips may be examined with a scanning electronic microscope (SEM) and energy dispersive spectroscopy (EDS).
5. The rivet on the negative connector will be drilled out and the clip will be disassembled. The orientation of the spring will be documented.
6. The spring will be removed and examined using stereomicroscopy, SEM and EDS. An area of the spring may be cut for cross-section examination. The cross sections may be examined in the as-cut state or in a polished and etched condition using optical microscopy and SEM/EDS.
7. Steps 5-7 may be repeated on the positive lead.