UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID RYAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 09-10653-JGD |
| | ) | |
| SEARS, ROEBUCK and CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER AND
## ORDER ON PARTIES' MOTIONS

On April 14, 2010, this court held a status conference pursuant to Fed. R. Civ. P. 16(a) and a hearing to consider oral argument on (1) the "Defendants' Motion for Leave to File and Serve the Attached Third-Party Complaint Against Mueller Electric Company" (Docket No. 22), (2) the "Plaintiffs' Motion to Extend Expert Report Service Deadline" (Docket No. 23), and (3) the "Plaintiffs' Motion for Approval of Proposed Expert Testing Protocol" (Docket No. 24). After consideration of the parties' submissions and their oral arguments, this court hereby ORDERS as follows:

1.  The defendants' motion for leave to file and serve a third-party complaint is ALLOWED. Within sixty (60) days, the defendants shall file a report describing the status of their efforts to join Mueller Electric Company as a third-party defendant.

2.  The plaintiff's motion to extend the deadline to serve its expert report is DENIED AS MOOT.

    3.    As agreed, the plaintiff's motion for approval of a proposed expert testing protocol is WITHDRAWN.

    4.    The parties shall comply with the following schedule:

        a.    The plaintiffs shall supplement their expert report, pursuant to Fed. R. Civ. P. 26(e), within twenty (20) days following the completion of any destructive testing on the battery charger at issue in this litigation.

        b.    The defendants shall serve any expert reports, pursuant to Fed. R. Civ. P. 26(a)(2), within twenty (20) days following service of the plaintiffs' supplemental expert report.

    5.    The next status conference shall take place on **July 12, 2010 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

        (i)    the status of the case;
        (ii)    scheduling for the remainder of the case through trial; and
        (iii)    the use of alternative dispute resolution ("ADR") programs.

    6.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 5 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

                                                      / s / Judith Gail Dein
                                                      Judith Gail Dein
DATED: April 14, 2010                      United States Magistrate Judge