UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:09-CV-10653-JGD

DAVID RYAN, CHERYL RYAN, MATTHEW RYAN, PPA, NOLAN RYAN, PPA, and NATHAN RYAN, PPA, by their mother and next friend, CHERYL RYAN,
    Plaintiffs,

v.

SEARS, ROEBUCK AND CO., ACME ELECTRIC CORPORATION and MUELLER ELECTRIC COMPANY,
    Defendants,

And

SEARS, ROEBUCK AND CO., and ACME ELECTRIC CORPORATION,
    Defendants/Third-Party Plaintiffs,

v.

MUELLER ELECTRIC COMPANY,
    Third-Party Defendant.

**PETITION FOR APPROVAL OF MINOR'S SETTLEMENT
PURSUANT TO M.G.L. CH. 231 §140 C ½**

Cheryl Ryan, acting in her capacity as Mother and Next Friend of her minor son Nathan Ryan, requests that this court exercise the discretion conferred upon it by MGL c. 231 §140 C1/2 to approve settlement of Nathan Ryan's claims against the Defendants. More specifically, Cheryl Ryan seeks approval of a settlement that will not result in any direct payment for the benefit of Nathan Ryan.

Cheryl Ryan respectfully asserts as follows:

1. Cheryl Ryan and David Ryan are the parents of Nathan Ryan. Nathan Ryan's date of birth is 9/13/97.

2. As described more particularly in the Petition For Approval of Third Party Settlement Pursuant to MGL ch. 152, §15 filed herewith, father David Ryan was injured severely as the result of a November 13, 2006 workplace accident ("Incident").

3. This civil action was commenced by or on behalf of David Ryan, Cheryl Ryan, Nathan Ryan and Nathan's siblings Matthew and Nolan to recover from the Defendants for the harm sustained as a result of the Incident. On behalf of Nathan Ryan, Cheryl Ryan made claims for loss of parental society and consortium. Cheryl Ryan made the same claim on behalf of then minors Matthew and Nolan.

4. Since commencement of this civil action, Matthew and Nolan have become emancipated but Nathan remains only 14 years of age.

5. As more particularly described in the Petition For Approval of Third Party Settlement Pursuant to MGL ch. 152 §15 filed herewith, David Ryan has negotiated a settlement with the Defendants that will result in net payment of $667,966.38 to David Ryan but zero to Cheryl Ryan, Matthew Ryan, Nolan Ryan and Nathan Ryan.

6. Cheryl Ryan, Matthew Ryan and Nolan Ryan, all emancipated, have signed and assented to the Petition For Approval of Third Party Settlement pursuant to MGL ch. 152 §15 notwithstanding the fact that all net proceeds from the settlement are payable to David Ryan. All of Cheryl Ryan, Matthew Ryan and Nolan Ryan are willing to waive their loss of consortium claims to facilitate and enhance the amount payable to David Ryan.

7. As more particularly described in the Petition For Approval of Third Party Settlement Pursuant to MGL ch. 152 §15 filed herewith, David Ryan sustained horrific burn

injuries as a result of the Incident.  The burn injuries dwarf the loss of consortium claims in terms of significance and value.  All of Cheryl Ryan, Matthew Ryan, Nolan Ryan and Nathan Ryan want the entire net proceeds from the Third Party Settlement to be payable to David Ryan to compensate David Ryan for his immeasurable loss.

8. In addition, Cheryl Ryan asserts that she and David Ryan have provided, continue to provide and will provide in the future a stable and loving home for Nathan Ryan.

9. In addition, Cheryl Ryan asserts that she and David Ryan anticipate that Nathan will attend college.  Any funds in accounts held by Nathan or for his benefit will reduce any financial aid that might otherwise be due to Nathan.

WHEREFORE, Cheryl Ryan, in her capacity as Mother and Next Friend of Nathan Ryan requests that this court allow the settlement despite the absence of any payment from Defendants to Nathan Ryan.

|                          | CHERYL RYAN, MOTHER AND NEXT FRIEND<br>By her Attorneys, |
|--------------------------|----------------------------------------------------------|
| Dated: _____, 2011 | s/William D. Jalkut<br>William D. Jalkut, Esquire (BBO#250020)<br>FLETCHER TILTON, PC.<br>370 Main Street<br>Worcester, MA  01608<br>Tel:  (508) 459-8045<br>Fax:  (508) 459-8345<br>Email:  wjalkut@fletchertilton.com |
| Dated: _____, 2011 | s/John F. Finnerty, Jr.<br>John F. Finnerty, Jr.<br>FINNERTY LAW OFFICES<br>800 Sea View Avenue<br>Osterville, MA 02655<br>Osterville Phone    508.428.1234<br>Boston Phone       617.737.3770<br>Osterville Fax        508.428.0660<br>E-mail                    jff@finnertylawoffices.com |

(Signatures continued on pg. 4)

s/ Cheryl Ryan
Cheryl Ryan, Individually and as
Mother and Next Friend of Nathan Ryan

**ASSENTED TO:**

s/ David Ryan
David Ryan

s/ Matthew Ryan
Matthew Ryan

s/ Nolan Ryan
Nolan Ryan

s/ Nathan Ryan
Nathan Ryan, a Minor

**ASSENTED TO BY DEFENDANTS**

The Defendants hereby assent to the relief sought by the instant motion but deny any liability to Nathan Ryan and any liability to any member of the Ryan Family.

    Sears, Roebuck & Co. and
    ACME Electric Corp.
    By their counsel,

Dated: _____, 2011    s/ Alexandra B. Harvey
    Alexandra B. Harvey
    Adler, Cohen, Harvey, Wakeman and Guekguezian
    75 Federal Street
    Boston, MA  02110

(Signatures continued on pg. 5)

                                            Mueller Electric Company
                                            By its counsel,

Dated: _____, 2011     _____
                                            Joseph M. Noone, Esq.
                                            Avery, Dooley Post & Avery, LLP
                                            90 Concord Ave.
                                            Belmont, MA  02478