UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-10653-JGD

DAVID RYAN, CHERYL RYAN, MATTHEW RYAN, PPA, NOLAN RYAN, PPA, and NATHAN RYAN, PPA, by their mother and next friend, CHERYL RYAN,
    Plaintiffs,

v.

SEARS, ROEBUCK AND CO., ACME ELECTRIC CORPORATION and MUELLER ELECTRIC COMPANY,
    Defendants,

And

SEARS, ROEBUCK AND CO., and ACME ELECTRIC CORPORATION,
    Defendants/Third-Party Plaintiffs,

v.

MUELLER ELECTRIC COMPANY,
    Third-Party Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties in the above-entitled action hereby stipulate that said action, including all claims, counterclaims and third-party claims, be dismissed with prejudice, without interest and costs, and waiving all rights of appeal.

Respectfully submitted,

Plaintiffs,
DAVID RYAN, CHERYL RYAN, MATTHEW RYAN, PPA, NOLAN RYAN, PPA, and NATHAN RYAN, PPA, by their mother and next friend, CHERYL RYAN,
By their attorney,

_____/s/ John F. Finnerty, Jr._____
John F. Finnerty , Jr.
Finnerty Law Offices
800 Sea View Avenue
Osterville, MA 02655
508-428-1234
Fax: 508-428-0660
Email: jff@finnertylawoffices.com


Plaintiffs,
DAVID RYAN, CHERYL RYAN, MATTHEW RYAN, PPA, NOLAN RYAN, PPA, and NATHAN RYAN, PPA, by their mother and next friend, CHERYL RYAN,
By their attorney,

___/s/ William D. Jalkut_____
William D. Jalkut
Fletcher, Tilton & Whipple
370 Main Street
12th Floor
Worcester, MA 01608
508-459-8045
508-459-8345
Email: wjalkut@fletchertilton.com

Defendants and Third-Party Plaintiffs,
SEARS, ROEBUCK AND CO. and ACME ELECTRIC CORPORATION,
By their attorney


_____/s/ Alexandra B. Harvey_____
Alexandra B. Harvey
Brooks L. Glahn
Ellen E. Cohen
Adler, Cohen, Harvey, Wakeman & Guekguezian LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: aharvey@adlercohen.com



Third-Party Defendant,
MUELLER ELECTRIC COMPANY,
By its attorney,


_____/s/  Joseph M. Noone_____
Joseph M. Noone
Julie M. Brady
Monica J. Molnar
Avery, Dooley, Post & Avery LLP
3 Brighton Street
Belmont, MA 02478
617-489-5300
Fax: 617-489-0085
Email: jnoone@averydooley.com


## **CERTIFICATE OF SERVICE**

Pursuant to Local Rules 5.2(b) and 5.4(c), I hereby certify that this **STIPULATION OF DISMISSAL WITH PREJUDICE** through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 9, 2012.

/s/ William D. Jalkut